B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**Mohiuddin, Syed Rizwan** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Ray Mohiuddin<br>Syed Rizwan "Ray" Mohiuddin |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):  **7124** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**5622 Havenwoods Drive,**<br>**Houston, Texas 77066-2412** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Harris**     ZIP CODE  **77066** | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)     **unknown.**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>✓ Debts are primarily consumer debts<br>✓ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>✓ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ✓ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>   or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Mohiuddin, Syed Rizwan

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
Fidelity National Title Insurance Company    09/04/15
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Rodolfo Rivera
Chief International Counsel
Fidelity National Title
601 Riverside
Jacksonville, FL 32204

x _Scott Wheatley_                      Date
Signature of Attorney
Scott Wheatley, Jackson Walker LLP
Name of Attorney Firm (If any)
777 Main Street, Suite 2100
Address
Fort Worth, Texas 76102
Telephone No.
(817) 334-7224

---

x _____
Signature of Petitioner or Representative (State title)
American Capital Funding
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Jordan Novelli, Manager
9999 Bellaire Blvd Suite 700
Houston, Texas 77036

x _____   Date
Signature of Attorney
Blair Bisbey, SEALE, STOVER & BISBEY
Name of Attorney Firm (If any)
950 N. Wheeler Street,
Address
Jasper, TCX 75951
Telephone No.
409-384-3463

---

x _____
Signature of Petitioner or Representative (State title)
Chimney Joint Venture
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
George M. Lee, its General Partner
5353 West Alabama, Suite 610
Houston, Texas 77056

x _____   Date
Signature of Attorney
Jana K. Terry, Matthew T. Hagan, P.C.
Name of Attorney Firm (If any)
1980 Post Oak Blvd., STE 1380
Address
Houston, Texas 77056
Telephone No.
713-850-9000

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fidelity National Title Insurance Company 601 Riverside, Jacksonville, FL 32204 | money judgment | at least $9,514,198.50 |
| American Capital Funding, 9999 Bellaire Blvd., Suite 700 Houston, TX 77036 | taxes and insurance paid, personal guaranty. | at least $144,237.07 |
| Chimney Joint Venture 5353 West Alabama, Suite 610, Houston, Texas 77056 | guaranty / note | at least $2,877,071.78 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | at least $12,535,507.35 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor Mohiuddin, Syed Rizwan

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) **Fidelity National Title Insurance Company** | Signature of Attorney **Scott Wheatley, Jackson Walker LLP** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) **777 Main Street, Suite 2100** |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Rodolfo Rivera, Chief International Counsel, Fidelity National Title, 601 Riverside, Jacksonville, FL 32204 | Address **Fort Worth, Texas 76102** |
| | Telephone No. **(817) 334-7224** |
| x /s/ _____ President | x /s/ _____  9/4/15 |
| Signature of Petitioner or Representative (State title) **American Capital Funding**   9-4-15 | Signature of Attorney  Date **Blair Bisbey, SEALE, STOVER & BISBEY** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) **950 N. Wheeler Street,** |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Jordan Novelli, Manager, 9999 Bellaire Blvd Suite 700, Houston, Texas 77036 | Address **Jasper, TCX 75951** |
| | Telephone No. **409-384-3463** |
| x_____ | x_____ Date |
| Signature of Petitioner or Representative (State title) **Chimney Joint Venture** | Signature of Attorney **Jana K. Terry, Matthew T. Hagan, P.C.** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) **1980 Post Oak Blvd., STE 1380** |
| Name & Mailing Address of Individual Signing in Representative Capacity:  George M. Lee, its General Partner, 5353 West Alabama, Suite 610, Houston, Texas 77056 | Address **Houston, Texas 77056** |
| | Telephone No. **713-850-9000** |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner **Fidelity National Title Insurance Company** 601 Riverside, Jacksonville, FL 32204 | Nature of Claim money judgment | Amount of Claim at least $9,514,198.50 |
| Name and Address of Petitioner **American Capital Funding,** 9999 Bellaire Blvd., Suite 700 Houston, TX 77036 | Nature of Claim taxes and insurance paid, personal guaranty. | Amount of Claim at least $144,237.07 |
| Name and Address of Petitioner **Chimney Joint Venture** 5353 West Alabama, Suite 610, Houston, Texas 77056 | Nature of Claim guaranty / note | Amount of Claim at least $2,877,071.78 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims at least $12,535,507.35 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **Mohiuddin, Syed Rizwan**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) **Fidelity National Title Insurance Company** | Signature of Attorney **Scott Wheatley, Jackson Walker LLP** |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) **777 Main Street, Suite 2100** |
| Name & Mailing Address of Individual Signing in Representative Capacity   Rodolfo Rivera, Chief International Counsel, Fidelity National Title, 601 Riverside, Jacksonville, FL 32204 | Address **Fort Worth, Texas 76102** Telephone No. **(817) 334-7224** |
| x_____ | x_____ Date |
| Signature of Petitioner or Representative (State title) **American Capital Funding** | Signature of Attorney **Blair Bisbey, SEALE, STOVER & BISBEY** |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) **950 N. Wheeler Street,** |
| Name & Mailing Address of Individual Signing in Representative Capacity   Jordan Novelli, Manager, 9999 Bellaire Blvd Suite 700, Houston, Texas 77036 | Address **Jasper, TCX 75951** Telephone No. **409-384-3463** |
| x_____[signature]_____ | x_____[signature]_____ 9.8.15 |
| Signature of Petitioner or Representative (State title) **Chimney Joint Venture**    9·8·15 | Signature of Attorney    Date **Jana K. Terry, Matthew T. Hagad, P.C.** |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) **1980 Post Oak Blvd., STE 1380** |
| Name & Mailing Address of Individual Signing in Representative Capacity   George M. Lee, its General Partner, 5353 West Alabama, Suite 610, Houston, Texas 77056 | Address **Houston, Texas 77056** Telephone No. **713-850-9000** |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fidelity National Title Insurance Company 601 Riverside, Jacksonville, FL 32204 | money judgment | at least $9,514,198.50 |
| American Capital Funding, 9999 Bellaire Blvd., Suite 700 Houston, TX 77036 | taxes and insurance paid, personal guaranty. | at least $144,237.07 |
| Chimney Joint Venture 5353 West Alabama, Suite 610, Houston, Texas 77056 | guaranty / note | at least $2,877,071.78 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims at least **$12,535,507.35** |

_____ continuation sheets attached