B6A (Official Form 6A) (12/07)

In re  **Syed Rizwan Mohiuddin**                                                      Case No.   **15-34752** _____

                                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Syed Rizwan Mohiuddin**                                        Case No.  **15-34752** _____
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | H | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | H | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | H | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Baro Room Coffee Table | C | $89.00 |
| | | Bar Room Sofa Set | C | $479.00 |
| | | Bar Room Rugs (2) | C | $40.00 |
| | | Bar Room Misc. Decor | C | $50.00 |
| | | Living Room Rugs (3) | C | $75.00 |
| | | Living Room Picture Frame | C | $75.00 |
| | | Living Room Misc. Decor | C | $100.00 |
| | | Living Room Planters (2) | C | $40.00 |
| | | Breakfast Room Table Set | C | $299.00 |
| | | Breakfast Room Aquarium | C | $50.00 |
| | | Breakfast Room Chairs (2) | C | $60.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Syed Rizwan Mohiuddin**     Case No.     **15-34752**
                                                 (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Breakfast Room Mirror | C | $50.00 |
| | | Breakfast Room Picture Frame | C | $75.00 |
| | | Breakfast Room Lamp | C | $40.00 |
| | | Laundry Room Clothes Washer | C | $65.00 |
| | | Laundry Room Clothes Dryer | C | $65.00 |
| | | Laundry Room Ironing Board | C | $10.00 |
| | | Laundry Room Clothes Rack | C | $35.00 |
| | | Downstairs Kitchen Double Oven | C | $175.00 |
| | | Downstairs Kitchen Microwave | C | $40.00 |
| | | Downstairs Kitchen Fridge | C | $440.00 |
| | | Downstairs Kitchen Dishware | C | $200.00 |
| | | Downstairs Kitchen TV | C | $230.00 |
| | | Downstairs Kitchen Toaster | C | $15.00 |
| | | Downstairs Kitchen Dishwasher | C | $80.00 |
| | | Downstairs Kitchen Picture Frame | C | $20.00 |
| | | Formal Dining Room China Cabinet | C | $125.00 |
| | | Formal Dining Room Table set with 4 Chairs | C | $299.00 |
| | | Formal Dining Room Side Tables (2) | C | $75.00 |
| | | Formal Dining Room Console | C | $150.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                    Case No.   **15-34752** _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Formal Dining Room Rug | C | $20.00 |
| | | Hall Way Piano | C | $2,500.00 |
| | | Hall Way Bench Seat | C | $100.00 |
| | | Hall Way Console | C | $150.00 |
| | | Hall Way Rugs (2) | C | $40.00 |
| | | Hall Way Picture Frames (3) | C | $60.00 |
| | | Hall Way Cloth Drapes (2) | C | $40.00 |
| | | Hall Way Fake Plants (3) | C | $60.00 |
| | | Hall Ways Misc Decor | C | $50.00 |
| | | Hall Way Sofa (upstairs) | C | $75.00 |
| | | Hall Way Rug | C | $20.00 |
| | | Hall Way Planters (4) | C | $80.00 |
| | | Bedroom 3 Upstairs Bed Set | C | $159.00 |
| | | Bedroom 3 Upstairs Dresser | C | $200.00 |
| | | Bedroom 3 Upstairs Night Stand | C | $40.00 |
| | | Bedroom 3 Upstairs Misc Decor | C | $50.00 |
| | | Bedroom 3 Upstairs Rug | C | $20.00 |
| | | Bedroom 4 Bed Set | C | $159.00 |
| | | Bedroom 4 TV | C | $230.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                         Case No.   **15-34752**_____
                                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bedroom 4 Xbox | C | $105.00 |
| | | Bedroom 4 Console | C | $150.00 |
| | | Bedroom 4 Fax Machine | C | $20.00 |
| | | Bedroom 2 Bed Set | C | $159.00 |
| | | Bedroom 2 Rug | C | $20.00 |
| | | Bedroom 2 Chairs (2) | C | $60.00 |
| | | Game Room Pool Table | C | $200.00 |
| | | Game Room Sofa Set | C | $479.00 |
| | | Game Room Bench Seat | C | $100.00 |
| | | Game Room Pool Sticks | C | $45.00 |
| | | Game Room Rug | C | $20.00 |
| | | Game Room Chairs (4) | C | $120.00 |
| | | Game Room Coffee Table | C | $89.00 |
| | | Game Room Fake Plants (2) | C | $40.00 |
| | | Game Room TV | C | $230.00 |
| | | Game Room Table Set | C | $299.00 |
| | | Game Room Chairs (2) | C | $60.00 |
| | | Game Room Stereo System | C | $50.00 |
| | | Formal Living Room Sofa Set | C | $479.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                    Case No.   **15-34752**
                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Formal Living Room Side Tables | C | $150.00 |
| | | Formal Living Room Lamps (2) | C | $80.00 |
| | | Formal Living Room Rug | C | $20.00 |
| | | Formal Living Room Picture Frames (2) | C | $40.00 |
| | | Prayer Room Misc Books/Frames | C | $50.00 |
| | | Prayer Room Coffee Table | C | $89.00 |
| | | Prayer Room Cushions | C | $15.00 |
| | | Home Entrance Consoles (2) | C | $300.00 |
| | | Home Entrance Grandfather Clock | C | $50.00 |
| | | Home Entrance Rug | C | $20.00 |
| | | Home Entrance Lamps (2) | C | $80.00 |
| | | Home Entrance Picture Frames | C | $20.00 |
| | | Home Entrance Tables (2) | C | $75.00 |
| | | Master Bedroom Bed Set | C | $100.00 |
| | | Master Bedroom TV | C | $600.00 |
| | | Master Bedroom Rug | C | $80.00 |
| | | Master Bedroom Massage Chair and 2 Night Stands | C | $800.00 |
| | | Master Bathroom Iron Stand | C | $20.00 |
| | | Master Bathroom Rugs (6) | C | $60.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                        Case No.   **15-34752** _____
                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Master Bathroom Misc Cleaning Products | C | $20.00 |
| | | Home Office Space Desk | C | $100.00 |
| | | Home Office Space Chair | C | $20.00 |
| | | Home Office Space Desk Top | C | $50.00 |
| | | Home Office Space Side Table | C | $20.00 |
| | | Home Office Space Printer | C | $20.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Living Room Books | C | $50.00 |
| | | Home Office Space Books | C | $50.00 |
| 6. Wearing apparel. | | Clothing and Accessories | C | $500.00 |
| 7. Furs and jewelry. | | Fake Rolex Watches (3) | C | $90.00 |
| | | Diesel Watch | C | $20.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                    Case No.   **15-34752**_____

                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 16. Accounts receivable. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                    Case No.   **15-34752**
                                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                    Case No.  **15-34752** _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 26. Boats, motors, and accessories. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 27. Aircraft and accessories. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 28. Office equipment, furnishings, and supplies. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 30. Inventory. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                         Case No.   **15-34752**_____
                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 9*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 33. Farming equipment and implements. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 34. Farm supplies, chemicals, and feed. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |
| 35. Other personal property of any kind not already listed.  Itemize. | | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | C | $0.00 |

___9___ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**       **$13,913.00**

B6C (Official Form 6C) (4/13)

In re  **Syed Rizwan Mohiuddin**                                        Case No.   **15-34752**
                                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Baro Room Coffee Table | 11 U.S.C. § 522(d)(3) | $89.00 | $89.00 |
| Bar Room Sofa Set | 11 U.S.C. § 522(d)(3) | $479.00 | $479.00 |
| Bar Room Rugs (2) | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Bar Room Misc. Decor | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Living Room Rugs (3) | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Living Room Picture Frame | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Living Room Misc. Decor | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Living Room Planters (2) | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Breakfast Room Table Set | 11 U.S.C. § 522(d)(3) | $299.00 | $299.00 |
| Breakfast Room Aquarium | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Breakfast Room Chairs (2) | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| Breakfast Room Mirror | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Breakfast Room Picture Frame | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Breakfast Room Lamp | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Laundry Room Clothes Washer | 11 U.S.C. § 522(d)(3) | $65.00 | $65.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $1,587.00 | $1,587.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                    Case No.   **15-34752**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Laundry Room Clothes Dryer | 11 U.S.C. § 522(d)(3) | $65.00 | $65.00 |
| Laundry Room Ironing Board | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Laundry Room Clothes Rack | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| Downstairs Kitchen Double Oven | 11 U.S.C. § 522(d)(3) | $175.00 | $175.00 |
| Downstairs Kitchen Microwave | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Downstairs Kitchen Fridge | 11 U.S.C. § 522(d)(3) | $440.00 | $440.00 |
| Downstairs Kitchen Dishware | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Downstairs Kitchen TV | 11 U.S.C. § 522(d)(3) | $230.00 | $230.00 |
| Downstairs Kitchen Toaster | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| Downstairs Kitchen Dishwasher | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| Downstairs Kitchen Picture Frame | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Formal Dining Room China Cabinet | 11 U.S.C. § 522(d)(3) | $125.00 | $125.00 |
| Formal Dining Room Table set with 4 Chairs | 11 U.S.C. § 522(d)(3) | $299.00 | $299.00 |
| Formal Dining Room Side Tables (2) | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Formal Dining Room Console | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Formal Dining Room Rug | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Hall Way Piano | 11 U.S.C. § 522(d)(5) | $2,500.00 | $2,500.00 |
| Hall Way Bench Seat | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Hall Way Console | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| | | **$6,316.00** | **$6,316.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                   Case No.   **15-34752**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Hall Way Rugs (2) | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Hall Way Picture Frames (3) | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| Hall Way Cloth Drapes (2) | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Hall Way Fake Plants (3) | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| Hall Ways Misc Decor | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Hall Way Sofa (upstairs) | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Hall Way Rug | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Hall Way Planters (4) | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| Bedroom 3 Upstairs Bed Set | 11 U.S.C. § 522(d)(3) | $159.00 | $159.00 |
| Bedroom 3 Upstairs Dresser | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Bedroom 3 Upstairs Night Stand | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Bedroom 3 Upstairs Misc Decor | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Bedroom 3 Upstairs Rug | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Bedroom 4 Bed Set | 11 U.S.C. § 522(d)(3) | $159.00 | $159.00 |
| Bedroom 4 TV | 11 U.S.C. § 522(d)(3) | $230.00 | $230.00 |
| Bedroom 4 Xbox | 11 U.S.C. § 522(d)(3) | $105.00 | $105.00 |
| Bedroom 4 Console | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Bedroom 4 Fax Machine | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Bedroom 2 Bed Set | 11 U.S.C. § 522(d)(3) | $159.00 | $159.00 |
|  |  | **$8,033.00** | **$8,033.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                   Case No.   **15-34752**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bedroom 2 Rug | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Bedroom 2 Chairs (2) | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| Game Room Pool Table | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Game Room Sofa Set | 11 U.S.C. § 522(d)(3) | $479.00 | $479.00 |
| Game Room Bench Seat | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Game Room Pool Sticks | 11 U.S.C. § 522(d)(3) | $45.00 | $45.00 |
| Game Room Rug | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Game Room Chairs (4) | 11 U.S.C. § 522(d)(3) | $120.00 | $120.00 |
| Game Room Coffee Table | 11 U.S.C. § 522(d)(3) | $89.00 | $89.00 |
| Game Room Fake Plants (2) | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Game Room TV | 11 U.S.C. § 522(d)(3) | $230.00 | $230.00 |
| Game Room Table Set | 11 U.S.C. § 522(d)(3) | $299.00 | $299.00 |
| Game Room Chairs (2) | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| Game Room Stereo System | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Formal Living Room Sofa Set | 11 U.S.C. § 522(d)(3) | $479.00 | $479.00 |
| Formal Living Room Side Tables | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Formal Living Room Lamps (2) | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| Formal Living Room Rug | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Formal Living Room Picture Frames (2) | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| | | **$10,614.00** | **$10,614.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                    Case No.   **15-34752**

                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Prayer Room Misc Books/Frames | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Prayer Room Coffee Table | 11 U.S.C. § 522(d)(3) | $89.00 | $89.00 |
| Prayer Room Cushions | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| Home Entrance Consoles (2) | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| Home Entrance Grandfather Clock | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Home Entrance Rug | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Home Entrance Lamps (2) | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| Home Entrance Picture Frames | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Home Entrance Tables (2) | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| Master Bedroom Bed Set | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Master Bedroom TV | 11 U.S.C. § 522(d)(3) | $600.00 | $600.00 |
| Master Bedroom Rug | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| Master Bedroom Massage Chair and 2 Night Stands | 11 U.S.C. § 522(d)(3) | $800.00 | $800.00 |
| Master Bathroom Iron Stand | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Master Bathroom Rugs (6) | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| Master Bathroom Misc Cleaning Products | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Home Office Space Desk | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Home Office Space Chair | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Home Office Space Desk Top | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| | | **$13,163.00** | **$13,163.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Syed Rizwan Mohiuddin**                                    Case No.   **15-34752**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Home Office Space Side Table | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Home Office Space Printer | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Living Room Books | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Home Office Space Books | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Clothing and Accessories | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| Fake Rolex Watches (3) | 11 U.S.C. § 522(d)(4) | $90.00 | $90.00 |
| Diesel Watch | 11 U.S.C. § 522(d)(4) | $20.00 | $20.00 |
| | | **$13,913.00** | **$13,913.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Syed Rizwan Mohiuddin**                                    Case No.   **15-34752**

                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___06/27/2016_____          Signature ___/s/ Syed Rizwan Mohiuddin_____

                                                    *Syed Rizwan Mohiuddin*

Date _____          Signature _____

                                          [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Syed Rizwan Mohiuddin**                                     Case No.  **15-34752** _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer** |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

---

None ☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:  **Syed Rizwan Mohiuddin**                                              Case No.  **15-34752**
                                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

---

None ☐

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

### 6. Assignments and receiverships

None ☐

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Syed Rizwan Mohiuddin**                                         Case No.   **15-34752**_____
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☐   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

---

None ☐   **7. Gifts**

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

---

None ☐   **8. Losses**

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

None ☐   **9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Syed Rizwan Mohiuddin**                                  Case No.  **15-34752** _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

None ☐

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Syed Rizwan Mohiuddin**

Case No.   **15-34752** _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None ☐

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

None ☐

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

None ☐

**15. Prior address of debtor**

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

None ☐

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Mona Mohiuddin, Current Spouse**

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Syed Rizwan Mohiuddin**                                     Case No.   **15-34752** _____

                                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☐    potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the
      Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

---

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☐    Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | | |

---

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☐    or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Syed Rizwan Mohiuddin**                                      Case No.   **15-34752**
                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**18. Nature, location and name of business**

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- |
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | | |

---

None ☐

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

---

None ☐

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:  **Syed Rizwan Mohiuddin**

Case No.  **15-34752** _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None ☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

---

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

---

## 20. Inventories

None ☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
|  | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

---

None ☐

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
|  | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** | **Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer.** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:  **Syed Rizwan Mohiuddin**

Case No.  **15-34752**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 8*

---

None ☐

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. |

---

None ☐

**22. Former partners, officers, directors and shareholders**

a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|
| Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | |

---

None ☐

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

| NAME, ADDRESS AND TITLE | DATE OF TERMINATION |
|---|---|
| Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | |

---

None ☐

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. |

---

None ☐

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| Debtor invokes the privilege under the Fifth Amendment to the United States Constitution and respectfully declines to provide an answer. | |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **Syed Rizwan Mohiuddin**                                    Case No.   **15-34752** _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

---

**25. Pension Funds**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

**NAME OF PENSION FUND**                          **TAXPAYER-IDENTIFICATION NUMBER (EIN)**

**Debtor invokes the privilege under the Fifth
Amendment to the United States Constitution
and respectfully declines to provide an answer.**

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___06/27/2016_____          Signature ___/s/ Syed Rizwan Mohiuddin_____
                                                                    of Debtor      ***Syed Rizwan Mohiuddin***

Date _____          Signature _____
                                                                    of Joint Debtor
                                                                    (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*