

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/17/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 15-34752 |
| SYED RIZWAN MOHIUDDIN, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER

Jackson Walker LLP is awarded $19,274.50 in fees for services rendered and $1,543.79 in fees for preparation of its fee application.

SIGNED 06/17/2021

_____
Marvin Isgur
United States Bankruptcy Judge