UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-34752-H1-7 |
| | § | |
| Syed Rizwan Mohiuddin | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Randy W. Williams, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $230.00 | Assets Exempt: | $13,703.00 |
| Total Distributions to Claimants: | $4,012,898.27 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,100,146.93 | | |

    3)    Total gross receipts of $6,113,045.20 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,113,045.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $34,560.09 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,100,146.93 | $2,100,146.93 | $2,100,146.93 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,484,793.94 | $747,113.12 | $747,113.12 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $35,424,422.27 | $35,389,280.90 | $3,265,785.15 |
| **Total Disbursements** | $0.00 | $39,043,923.23 | $38,236,540.95 | $6,113,045.20 |

4). This case was originally filed under chapter 7 on 09/08/2015. The case was pending for 75 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2021   By: /s/ Randy W. Williams
                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 15% Membership in MMAF, LLC | 1129-000 | $65,000.00 |
| Trustee's Adversary case vs. Mohiuddin et. al., case no. 15-34752 | 1141-000 | $6,000,000.00 |
| Settlement and Compromise with Breaktime Stores 30, LLC | 1249-000 | $40,000.00 |
| Money advanced by Fidelity Title to pay for admin expenses | 1290-000 | $8,045.20 |
| TOTAL GROSS RECEIPTS | | $6,113,045.20 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Texas Comptroller of Public Accounts | 4110-000 | $0.00 | $34,560.09 | $0.00 | $0.00 |
| TOTAL SECURED CLAIMS | | | $0.00 | $34,560.09 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Randy W. Williams, Trustee | 2100-000 | NA | $206,641.36 | $206,641.36 | $206,641.36 |
| Randy W. Williams, Trustee | 2200-000 | NA | $154.15 | $154.15 | $154.15 |
| International Sureties, Ltd. | 2300-000 | NA | $2,944.88 | $2,944.88 | $2,944.88 |
| Veritex Community Bank | 2600-000 | NA | $39,691.73 | $39,691.73 | $39,691.73 |
| Fidelity National Title Insurance Co. | 2990-000 | NA | $548,000.00 | $548,000.00 | $548,000.00 |
| Attorney for Trustee | 3210-000 | NA | $1,158,986.89 | $1,158,986.89 | $1,158,986.89 |
| Towber Law Firm PLLC, Attorney for Trustee | 3210-000 | NA | $7,950.00 | $7,950.00 | $7,950.00 |
| Attorney for Trustee | 3220-000 | NA | $110,776.42 | $110,776.42 | $110,776.42 |
| Towber Law Firm PLLC, Attorney for Trustee | 3220-000 | NA | $95.20 | $95.20 | $95.20 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee | 3410-000 | NA | $24,597.00 | $24,597.00 | $24,597.00 |
| Accountant for Trustee | 3420-000 | NA | $309.30 | $309.30 | $309.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,100,146.93 | $2,100,146.93 | $2,100,146.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $0.00 | $737,680.82 | $0.00 | $0.00 |
| 2A | Internal Revenue Service | 5800-000 | $0.00 | $728,222.00 | $728,222.00 | $728,222.00 |
| 3 | Texas Workforce Commission | 5800-000 | $0.00 | $18,891.12 | $18,891.12 | $18,891.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,484,793.94 | $747,113.12 | $747,113.12 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2a | Internal Revenue Service | 7100-000 | $0.00 | $35,141.37 | $0.00 | $0.00 |
| 2b | Internal Revenue Service | 7100-000 | $0.00 | $37,820.14 | $37,820.14 | $3,490.12 |
| 4 | Cantilo & Bennett, LLP | 7100-000 | $0.00 | $8,668,138.52 | $8,668,138.52 | $799,911.09 |
| 5 | American Capital Funding | 7100-000 | $0.00 | $885,000.00 | $885,000.00 | $81,669.36 |
| 6 | AMI Lenders, Inc. | 7100-000 | $0.00 | $1,449,403.00 | $1,449,403.00 | $133,753.46 |
| 7 | Chicago Title Insurance Company | 7100-000 | $0.00 | $316,676.28 | $316,676.28 | $29,223.44 |
| 8 | Ken Kades, Samuel Munroe, Ronald Moore, | 7100-000 | $0.00 | $3,331,797.07 | $3,331,797.07 | $307,464.10 |
| 9 | Fidelity National Title Insurance Company | 7100-000 | $0.00 | $10,053,636.93 | $10,053,636.93 | $927,767.31 |
| 10 | Chimney Joint Venture | 7100-000 | $0.00 | $5,737,548.94 | $5,737,548.94 | $529,471.11 |
| 11 | Fidelity National Title Insurance | 7100-000 | $0.00 | $350,263.08 | $350,263.08 | $32,322.89 |

UST Form 101-7-TDR (10/1/2010)

|    |                                            |          |       |              |              |             |
|----|--------------------------------------------|----------|-------|--------------|--------------|-------------|
|    | Company                                    |          |       |              |              |             |
| 12 | Chicago Title Insurance Company            | 7100-000 | $0.00 | $316,676.28  | $316,676.28  | $29,223.44  |
| 13 | Fidelity National Title Insurance Company  | 7100-000 | $0.00 | $808,983.44  | $808,983.44  | $74,654.42  |
| 14 | Fidelity National Title Insurance Company  | 7100-000 | $0.00 | $25,000.00   | $25,000.00   | $2,307.04   |
| 15 | Fidelity National Title Insurance Company  | 7100-000 | $0.00 | $997,184.25  | $997,184.25  | $92,021.92  |
| 16 | Fidelity National Title Insurance Company  | 7100-000 | $0.00 | $916,918.31  | $916,918.31  | $84,614.84  |
| 17 | Fidelity National Title Insurance Company  | 7100-000 | $0.00 | $715,964.98  | $715,964.98  | $66,070.51  |
| 18 | Fidelity National Title Insurance Company  | 7100-000 | $0.00 | $778,269.68  | $778,269.68  | $71,820.10  |
| **TOTAL GENERAL UNSECURED CLAIMS** |     |          | $0.00 | $35,424,422.27 | $35,389,280.90 | $3,265,785.15 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 15-34752-H1-7 | Trustee Name: | Randy W. Williams |
| Case Name: | MOHIUDDIN, SYED RIZWAN | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| For the Period Ending: | 12/15/2021 | §341(a) Meeting Date: | 05/02/2016 |
| | | Claims Bar Date: | 03/22/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bar room coffee Table | $89.00 | $0.00 | | $0.00 | FA |
| 2 | Bar room Sofa Set | $479.00 | $0.00 | | $0.00 | FA |
| 3 | Bar room Rugs (2) | $40.00 | $0.00 | | $0.00 | FA |
| 4 | Bar Room Misc. Decor | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Living room rugs (3) | $75.00 | $0.00 | | $0.00 | FA |
| 6 | Living room Picture Frame | $75.00 | $0.00 | | $0.00 | FA |
| 7 | Living Room Misc. Decor | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Living room Planters (2) | $40.00 | $0.00 | | $0.00 | FA |
| 9 | Breakfast room Table Set | $299.00 | $0.00 | | $0.00 | FA |
| 10 | Breakfast room Aquarium | $50.00 | $0.00 | | $0.00 | FA |
| 11 | Breakfast Room Chairs (2) | $60.00 | $0.00 | | $0.00 | FA |
| 12 | Breakfast room Mirror | $50.00 | $0.00 | | $0.00 | FA |
| 13 | Breakfast Room Picture Frame | $75.00 | $0.00 | | $0.00 | FA |
| 14 | Breakfast Room Lamp | $40.00 | $0.00 | | $0.00 | FA |
| 15 | Laundry Room Clothes Washer | $65.00 | $0.00 | | $0.00 | FA |
| 16 | Laundry Room Clothes Dryer | $65.00 | $0.00 | | $0.00 | FA |
| 17 | Laundry Room Ironing Board | $10.00 | $0.00 | | $0.00 | FA |
| 18 | Laundry Room Clothes Rack | $35.00 | $0.00 | | $0.00 | FA |
| 19 | Downstairs Kitchen Double Oven | $175.00 | $0.00 | | $0.00 | FA |
| 20 | Downstairs Kitchen Microwave | $40.00 | $0.00 | | $0.00 | FA |
| 21 | Downstairs Kitchen Fridge | $440.00 | $0.00 | | $0.00 | FA |
| 22 | Downstairs Kitchen Dishware | $200.00 | $0.00 | | $0.00 | FA |
| 23 | Downstairs Kitchen TV | $230.00 | $0.00 | | $0.00 | FA |
| 24 | Downstairs Kitchen Toaster | $15.00 | $0.00 | | $0.00 | FA |
| 25 | Downstairs Kitchen Dishwasher | $80.00 | $0.00 | | $0.00 | FA |
| 26 | Downstairs Kitchen Picture Frame | $20.00 | $0.00 | | $0.00 | FA |
| 27 | formal Dining room China Cabinet | $125.00 | $0.00 | | $0.00 | FA |
| 28 | Formal Dining Room Table set wit 4 chairs | $299.00 | $0.00 | | $0.00 | FA |
| 29 | Formal Dining room Side Tables (2) | $75.00 | $0.00 | | $0.00 | FA |
| 30 | Formal Dining room Console | $150.00 | $0.00 | | $0.00 | FA |

| Case No.: | 15-34752-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MOHIUDDIN, SYED RIZWAN | | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| For the Period Ending: | 12/15/2021 | | §341(a) Meeting Date: | 05/02/2016 |
| | | | Claims Bar Date: | 03/22/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31 | Formal Dining room Rug | $20.00 | $0.00 | | $0.00 | FA |
| 32 | Hall Way Piano | $2,500.00 | $0.00 | | $0.00 | FA |
| 33 | Hall Way Bench Seat | $100.00 | $0.00 | | $0.00 | FA |
| 34 | Hall Way Console | $150.00 | $0.00 | | $0.00 | FA |
| 35 | Hall Way Rugs (2) | $40.00 | $0.00 | | $0.00 | FA |
| 36 | Hall Way Picture Frames (3) | $60.00 | $0.00 | | $0.00 | FA |
| 37 | Hall Way Cloth Drapes (2) | $40.00 | $0.00 | | $0.00 | FA |
| 38 | Hall Way Fake Plants (3) | $60.00 | $0.00 | | $0.00 | FA |
| 39 | Hall Way Misc Decor | $50.00 | $0.00 | | $0.00 | FA |
| 40 | Hall Way Sofa (upstairs) | $75.00 | $0.00 | | $0.00 | FA |
| 41 | Hall Way rug | $20.00 | $0.00 | | $0.00 | FA |
| 42 | Hall Way Planters (4) | $80.00 | $0.00 | | $0.00 | FA |
| 43 | Bedroom 3 Upstaris Bed Set | $159.00 | $0.00 | | $0.00 | FA |
| 44 | Bedroom 3 Upstairs Dresser | $200.00 | $0.00 | | $0.00 | FA |
| 45 | Bedroom 3 Upstairs Night Stand | $40.00 | $0.00 | | $0.00 | FA |
| 46 | Bedroom 3 Upstairs Misc Decor | $50.00 | $0.00 | | $0.00 | FA |
| 47 | Bedroom 3 Upstairs Rug | $20.00 | $0.00 | | $0.00 | FA |
| 48 | Bedroom 4 Bed Set | $159.00 | $0.00 | | $0.00 | FA |
| 49 | Bedroom 4 TV | $230.00 | $0.00 | | $0.00 | FA |
| 50 | Bedroom 4 Xbox | $105.00 | $0.00 | | $0.00 | FA |
| 51 | Bedroom 4 Console | $150.00 | $0.00 | | $0.00 | FA |
| 52 | Bedroom 4 Fax Machine | $20.00 | $0.00 | | $0.00 | FA |
| 53 | Bedroom 2 Bed Set | $159.00 | $0.00 | | $0.00 | FA |
| 54 | Bedroom 2 Rug | $20.00 | $0.00 | | $0.00 | FA |
| 55 | Bedroom 2 Chairs (2) | $60.00 | $0.00 | | $0.00 | FA |
| 56 | Game Room Pool Table | $200.00 | $180.00 | | $0.00 | FA |
| 57 | Game Room Sofa Set | $479.00 | $0.00 | | $0.00 | FA |
| 58 | Game Room Bench Seat | $100.00 | $0.00 | | $0.00 | FA |
| 59 | Game Room Pool Sticks | $45.00 | $0.00 | | $0.00 | FA |
| 60 | Game Room Rug | $20.00 | $0.00 | | $0.00 | FA |
| 61 | Game Room Chairs (4) | $120.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 15-34752-H1-7 | Trustee Name: | Randy W. Williams |
| Case Name: | MOHIUDDIN, SYED RIZWAN | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| For the Period Ending: | 12/15/2021 | §341(a) Meeting Date: | 05/02/2016 |
| | | Claims Bar Date: | 03/22/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 62 | Game Room Coffee Table | $89.00 | $0.00 | | $0.00 | FA |
| 63 | Game Room Fake Plants (2) | $40.00 | $0.00 | | $0.00 | FA |
| 64 | Game Room TV | $230.00 | $0.00 | | $0.00 | FA |
| 65 | Game room Table Set | $299.00 | $0.00 | | $0.00 | FA |
| 66 | Game room Chairs (2) | $60.00 | $0.00 | | $0.00 | FA |
| 67 | Game Room Stereo System | $50.00 | $0.00 | | $0.00 | FA |
| 68 | Formal Living Room Sofa Set | $479.00 | $0.00 | | $0.00 | FA |
| 69 | Formal Living Room Side Tables | $150.00 | $0.00 | | $0.00 | FA |
| 70 | Formal Living Room Lamps (2) | $80.00 | $0.00 | | $0.00 | FA |
| 71 | Formal Living Room Rug | $20.00 | $0.00 | | $0.00 | FA |
| 72 | Formal Living Room Picture Frames (2) | $40.00 | $0.00 | | $0.00 | FA |
| 73 | Prayer Room Misc Books/Frames | $50.00 | $0.00 | | $0.00 | FA |
| 74 | Prayer Room Coffee Table | $89.00 | $0.00 | | $0.00 | FA |
| 75 | Prayer Room Cushions | $15.00 | $0.00 | | $0.00 | FA |
| 76 | Home Entrance Consoles (2) | $300.00 | $0.00 | | $0.00 | FA |
| 77 | Home Entrance Grandfather Clock | $50.00 | $0.00 | | $0.00 | FA |
| 78 | Home Entrance Rug | $20.00 | $0.00 | | $0.00 | FA |
| 79 | Home Entrance Lamps (2) | $80.00 | $0.00 | | $0.00 | FA |
| 80 | Home Entrance Picture Frames | $20.00 | $0.00 | | $0.00 | FA |
| 81 | Home Entrance Picture Frames | $20.00 | $0.00 | | $0.00 | FA |
| 82 | Home Entrance Tables (2) | $75.00 | $0.00 | | $0.00 | FA |
| 83 | Master Bedroom Bed Set | $100.00 | $0.00 | | $0.00 | FA |
| 84 | Master Bedroom TV | $600.00 | $0.00 | | $0.00 | FA |
| 85 | Master Bedroom Rug | $80.00 | $0.00 | | $0.00 | FA |
| 86 | Master Bedroom Massage Chair and 2 Night Stands | $800.00 | $0.00 | | $0.00 | FA |
| 87 | Master Bathroom Iron Stand | $20.00 | $0.00 | | $0.00 | FA |
| 88 | Master Bathroom Rugs (6) | $60.00 | $0.00 | | $0.00 | FA |
| 89 | Master Bathroom Misc Cleaning Products | $20.00 | $0.00 | | $0.00 | FA |
| 90 | Home Office Space Desk | $100.00 | $0.00 | | $0.00 | FA |
| 91 | Home Office Space Chair | $20.00 | $0.00 | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4        Exhibit 8

| Case No.: | 15-34752-H1-7 | Trustee Name: | Randy W. Williams |
| --- | --- | --- | --- |
| Case Name: | MOHIUDDIN, SYED RIZWAN | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| For the Period Ending: | 12/15/2021 | §341(a) Meeting Date: | 05/02/2016 |
| | | Claims Bar Date: | 03/22/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 92  Home Office Space Desk Top | $50.00 | $0.00 | | $0.00 | FA |
| 93  Home Office Space Side Table | $20.00 | $0.00 | | $0.00 | FA |
| 94  Home Office Space Printer | $20.00 | $0.00 | | $0.00 | FA |
| 95  Living room Books | $50.00 | $0.00 | | $0.00 | FA |
| 96  Home Office Space Books | $50.00 | $0.00 | | $0.00 | FA |
| 97  Clothing and Accessories | $500.00 | $0.00 | | $0.00 | FA |
| 98  Fake Rolex Watches (3) | $90.00 | $0.00 | | $0.00 | FA |
| 99  Diesel Watch | $20.00 | $0.00 | | $0.00 | FA |
| 100  Money advanced by Fidelity Title to pay for admin expenses  (u) | $0.00 | $0.00 | | $8,045.20 | FA |
| 101  Settlement and Compromise with Breaktime Stores 30, LLC  (u) | $0.00 | $0.00 | | $40,000.00 | FA |
| 102  Trustee's Adversary case vs. Mohiuddin et. al., case no. 15-34752  (u) | $0.00 | $0.00 | | $6,000,000.00 | FA |
| 103  15% Membership in MMAF, LLC  (u) | $0.00 | $0.00 | | $65,000.00 | FA |

**Asset Notes:**    See dkt. 373

**TOTALS (Excluding unknown value)**

|  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- |
| $13,933.00 | $180.00 | $6,113,045.20 | $0.00 |

**Major Activities affecting case closing:**

| 11/10/2021 | Distribution check issued.  Stale 2-8-2022 |
| --- | --- |
| 09/23/2021 | NFR filed |
| 07/09/2021 | Final application for accountant filed.  Case will proceed to TFR upon approval and payment of accountant's fees. |
| 01/21/2021 | Settlement between Fidelity and Southern reached.  Fidelity agrees to amend claim to $548,000.00.  Southern agrees to withdraw its objection to the amended Fidelity National Title Insurance Co.'s Application for allowance and Payment of Administrative Expense Claim, Docket No. 367.  See dkt.  423 |
| 12/22/2020 | Order Appointing Judge Eduardo V. Rodriguez as mediator for Southern Title Insurance Corporation and Fidelity National Title Insurance Co. entered.  See dkt. 421 (related dkt. 420) |
| 08/04/2020 | Motion to sell MMAF Interest to SRM Terminal entered.  See dkt. 373 |
| 07/10/2020 | Motion to sell estate property filed.  See dkt. 368 |
| 12/17/2019 | Final settlement payment received on Trustee's 9019 motion.  See dkt. 355. |
| 09/09/2019 | Settlement payment received.  See dkt. 348 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page No: 5   Exhibit 8

| Case No.: | 15-34752-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | MOHIUDDIN, SYED RIZWAN | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| For the Period Ending: | 12/15/2021 | §341(a) Meeting Date: | 05/02/2016 |
| | | Claims Bar Date: | 03/22/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 04/14/2019 | TRO entered see dkt 316 |
| 10/05/2018 | Debtor found in civil contempt and ordered to turn over all electronic devices to the Trustee. |
| 08/01/2017 | Mohiuddin refuses to testify and/or sign schedules and statement of financial affairs while invoking his 5th Amendment rights under the United States Constitution. Discharge complaints were filed, including one by the trustee, and default has been requested for the debtor's failure to respond to the complaint. Third party discovery is ongoing, but there are no significant assets that have been identified by special counsel. |
| 03/31/2017 | Complaint filed re dischargeability of debt |
| 05/05/2016 | Scheduled claims were not provided by the debtor. See dkt. 33 |
| 03/31/2016 | Jackson Walker employed as Special Counsel |
| | Towber Law Firm employed as General Counsel |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2017 | Current Projected Date Of Final Report (TFR): | 06/30/2021 |

/s/ RANDY W. WILLIAMS
RANDY W. WILLIAMS

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34752-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MOHIUDDIN, SYED RIZWAN | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4394 | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/8/2015 | | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 12/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2017 | (100) | Jackson & Walker | Money advanced by Fidelity Title to pay for admin expenses | 1290-000 | $8,045.20 | | $8,045.20 |
| 05/16/2017 | 3001 | Towber Law Firm PLLC | Docket 108 attorneys fees and expenses | * | | $8,045.20 | $0.00 |
| | | | Towber Law Firm PLLC      $(7,950.00) | 3210-000 | | | $0.00 |
| | | | Towber Law Firm PLLC         $(95.20) | 3220-000 | | | $0.00 |
| 05/16/2017 | 3001 | VOID: Towber Law Firm PLLC | void check 3001 | * | | ($8,045.20) | $8,045.20 |
| | | | Towber Law Firm PLLC       $7,950.00 | 3210-003 | | | $8,045.20 |
| | | | Towber Law Firm PLLC          $95.20 | 3220-003 | | | $8,045.20 |
| 05/16/2017 | 3002 | Towber Law Firm PLLC | Docket 108 attorneys fees and expenses | * | | $8,045.20 | $0.00 |
| | | | Towber Law Firm PLLC      $(7,950.00) | 3210-000 | | | $0.00 |
| | | | Towber Law Firm PLLC         $(95.20) | 3220-000 | | | $0.00 |
| 07/22/2019 | (101) | Allegiance Bank cashiers check | Breaktime settlement. See dkt. 322 | 1249-000 | $40,000.00 | | $40,000.00 |
| 09/09/2019 | (102) | Pendergraft Simon, LLP | Settlement payment. See dkt. 348 | 1249-000 | $2,500,000.00 | | $2,540,000.00 |
| 10/24/2019 | 3003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $912.62 | $2,539,087.38 |
| 12/16/2019 | (102) | Pendergraft Simon, LLP | Business Settlement Payment. See dkt. 355 | 1141-000 | $3,500,000.00 | | $6,039,087.38 |
| 09/02/2020 | (103) | Less Price Enterprises, LLC | Sale of 15% membership interest in MMAF, LLC. See dkt. 373 | 1129-000 | $65,000.00 | | $6,104,087.38 |
| 09/24/2020 | 3004 | Towber Law Firm PLLC | Final fee app docket # 389 fees expenses | * | | $43,536.74 | $6,060,550.64 |
| | | | $(43,050.00) | 3210-000 | | | $6,060,550.64 |
| | | | $(486.74) | 3220-000 | | | $6,060,550.64 |
| 10/01/2020 | 3004 | VOID: Towber Law Firm PLLC | Check written for incorrect amount, did not credit fees already received | * | | ($43,536.74) | $6,104,087.38 |
| | | | $43,050.00 | 3210-003 | | | $6,104,087.38 |
| | | | $486.74 | 3220-003 | | | $6,104,087.38 |
| 10/01/2020 | 3005 | PRESTON TOWBER | reissue for void on check 3004, net balance due on fee app | * | | $28,767.24 | $6,075,320.14 |
| | | | $(28,590.00) | 3210-000 | | | $6,075,320.14 |
| | | | $(177.24) | 3220-000 | | | $6,075,320.14 |
| 10/07/2020 | 3006 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $2,032.26 | $6,073,287.88 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10,119.47 | $6,063,168.41 |
| | | | **SUBTOTALS** | | $6,113,045.20 | $49,876.79 | |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34752-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MOHIUDDIN, SYED RIZWAN | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4394 | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/8/2015 | | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 12/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | ($5,955.09) | $6,069,123.50 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9,161.88 | $6,059,961.62 |
| 12/01/2020 | | Veritex Community Bank | Bank Fee Reversal | 2600-000 | | ($5,387.91) | $6,065,349.53 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9,787.64 | $6,055,561.89 |
| 01/04/2021 | | Veritex Community Bank | Reversal of partial bank service fee debit | 2600-000 | | ($5,753.40) | $6,061,315.29 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9,780.23 | $6,051,535.06 |
| 02/01/2021 | | Veritex Community Bank | Bank service Fee Reversal | 2600-000 | | ($5,745.99) | $6,057,281.05 |
| 02/22/2021 | 3007 | Fidelity National Title Insurance Co. | Order granting admin claim dkt # 430 | 2990-000 | | $548,000.00 | $5,509,281.05 |
| 02/22/2021 | 3008 | MATTHEW D CAVENAUGH | Attorney fee and expense for trustee dkt 402 | * | | $1,220,177.78 | $4,289,103.27 |
| | | | $(1,109,578.60) | 3210-000 | | | $4,289,103.27 |
| | | | $(110,599.18) | 3220-000 | | | $4,289,103.27 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8,828.69 | $4,280,274.58 |
| 03/01/2021 | | Veritex Community Bank | Bank Fee Reversal | 2600-000 | | ($5,184.86) | $4,285,459.44 |
| 03/09/2021 | 3008 | VOID: MATTHEW D CAVENAUGH | check void, address book changed payee from Jackson Walker to Matthew Cavenaugh who is partner at firm | * | | ($1,220,177.78) | $5,505,637.22 |
| | | | $1,109,578.60 | 3210-003 | | | $5,505,637.22 |
| | | | $110,599.18 | 3220-003 | | | $5,505,637.22 |
| 03/09/2021 | 3009 | Jackson & Walker | attys fees and exp #402 | * | | $1,220,177.78 | $4,285,459.44 |
| | | | $(1,109,578.60) | 3210-000 | | | $4,285,459.44 |
| | | | $(110,599.18) | 3220-000 | | | $4,285,459.44 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8,004.34 | $4,277,455.10 |
| 04/01/2021 | | Veritex Community Bank | Bank Fee Reversal | 2600-000 | | ($3,970.10) | $4,281,425.20 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7,131.79 | $4,274,293.41 |
| 05/04/2021 | | Veritex Community Bank | Bank Fee Reversal | 2600-000 | | ($2,967.41) | $4,277,260.82 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6,456.90 | $4,270,803.92 |
| 06/02/2021 | | Veritex Community Bank | Bank Fee Reversal | 2600-000 | | ($2,682.93) | $4,273,486.85 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6,673.66 | $4,266,813.19 |
| 07/02/2021 | | Veritex Community Bank | Bank Service Fee Reversal | 2600-000 | | ($2,769.56) | $4,269,582.75 |
| | | | | SUBTOTALS | $0.00 | $1,793,585.66 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34752-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MOHIUDDIN, SYED RIZWAN | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4394 | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/8/2015 | | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 12/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7,112.07 | $4,262,470.68 |
| 08/02/2021 | | Veritex Community Bank | Bank Service Fee Reversal | 2600-000 | | ($2,947.69) | $4,265,418.37 |
| 08/04/2021 | 3010 | William G. West CPA | accountants fees and expenses per dkt 445 | * | | $24,906.30 | $4,240,512.07 |
| | | | $(24,597.00) | 3410-000 | | | $4,240,512.07 |
| | | | $(309.30) | 3420-000 | | | $4,240,512.07 |
| 08/04/2021 | 3011 | Jackson Walker LLP | atty fees per order dkt 441 | * | | $20,818.29 | $4,219,693.78 |
| | | | $(19,274.50) | 3210-000 | | | $4,219,693.78 |
| | | | $(1,543.79) | 3210-000 | | | $4,219,693.78 |
| 11/10/2021 | 3012 | Randy W. Williams | Trustee Compensation | 2100-000 | | $206,641.36 | $4,013,052.42 |
| 11/10/2021 | 3013 | Randy W. Williams | Trustee Expenses | 2200-000 | | $154.15 | $4,012,898.27 |
| 11/10/2021 | 3014 | Internal Revenue Service | Final Distribution; Claim #: 2; | 5800-000 | | $728,222.00 | $3,284,676.27 |
| 11/10/2021 | 3015 | Internal Revenue Service | Final Distribution; Claim #: 2; | 7100-000 | | $3,490.12 | $3,281,186.15 |
| 11/10/2021 | 3016 | Texas Workforce Commission, Regulatory Integrity Division - SAU | Final Distribution; Claim #: 3; | 5800-000 | | $18,891.12 | $3,262,295.03 |
| 11/10/2021 | 3017 | Nicole M. Wilkins | Final Distribution; Claim #: 4; | 7100-000 | | $799,911.09 | $2,462,383.94 |
| 11/10/2021 | 3018 | American Capital Funding | Final Distribution; Claim #: 5; | 7100-000 | | $81,669.36 | $2,380,714.58 |
| 11/10/2021 | 3019 | AMI Lenders, Inc. | Final Distribution; Claim #: 6; | 7100-000 | | $133,753.46 | $2,246,961.12 |
| 11/10/2021 | 3020 | Rodolfo Rivera | Final Distribution; Claim #: 7; | 7100-000 | | $29,223.44 | $2,217,737.68 |
| 11/10/2021 | 3021 | Ken Kades, Samuel Munroe, Ronald Moore, | Final Distribution; Claim #: 8; | 7100-000 | | $307,464.10 | $1,910,273.58 |
| 11/10/2021 | 3022 | Rodolfo Rivera | Final Distribution; Claim #: 9; | 7100-000 | | $927,767.31 | $982,506.27 |
| 11/10/2021 | 3023 | Chimney Joint Venture | Final Distribution; Claim #: 10; | 7100-000 | | $529,471.11 | $453,035.16 |
| 11/10/2021 | 3024 | Rodolfo Rivera | Final Distribution; Claim #: 11; | 7100-000 | | $32,322.89 | $420,712.27 |
| 11/10/2021 | 3025 | Rodolfo Rivera | Final Distribution; Claim #: 12; | 7100-000 | | $29,223.44 | $391,488.83 |
| 11/10/2021 | 3026 | Rodolfo Rivera | Final Distribution; Claim #: 13; | 7100-000 | | $74,654.42 | $316,834.41 |
| 11/10/2021 | 3027 | Fidelity National Title Insurance Company | Final Distribution; Claim #: 14; | 7100-000 | | $2,307.04 | $314,527.37 |
| 11/10/2021 | 3028 | Rodolfo Rivera | Final Distribution; Claim #: 15; | 7100-000 | | $92,021.92 | $222,505.45 |
| 11/10/2021 | 3029 | Rodolfo Rivera | Final Distribution; Claim #: 16; | 7100-000 | | $84,614.84 | $137,890.61 |
| 11/10/2021 | 3030 | Rodolfo Rivera | Final Distribution; Claim #: 17; | 7100-000 | | $66,070.51 | $71,820.10 |
| | | | SUBTOTALS | | $0.00 | $4,197,762.65 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34752-H1-7 | | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|---|
| Case Name: | MOHIUDDIN, SYED RIZWAN | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4394 | | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/8/2015 | | | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 12/15/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2021 | 3031 | Fidelity National Title Insurance Company | Final Distribution; Claim #: 18; | 7100-000 | | $71,820.10 | $0.00 |
| 11/11/2021 | 3017 | VOID: Nicole M. Wilkins | | 7100-003 | | ($799,911.09) | $799,911.09 |
| 11/11/2021 | 3020 | VOID: Rodolfo Rivera | | 7100-003 | | ($29,223.44) | $829,134.53 |
| 11/11/2021 | 3022 | VOID: Rodolfo Rivera | | 7100-003 | | ($927,767.31) | $1,756,901.84 |
| 11/11/2021 | 3024 | VOID: Rodolfo Rivera | | 7100-003 | | ($32,322.89) | $1,789,224.73 |
| 11/11/2021 | 3025 | VOID: Rodolfo Rivera | | 7100-003 | | ($29,223.44) | $1,818,448.17 |
| 11/11/2021 | 3026 | VOID: Rodolfo Rivera | | 7100-003 | | ($74,654.42) | $1,893,102.59 |
| 11/11/2021 | 3028 | VOID: Rodolfo Rivera | | 7100-003 | | ($92,021.92) | $1,985,124.51 |
| 11/11/2021 | 3029 | VOID: Rodolfo Rivera | | 7100-003 | | ($84,614.84) | $2,069,739.35 |
| 11/11/2021 | 3030 | VOID: Rodolfo Rivera | | 7100-003 | | ($66,070.51) | $2,135,809.86 |
| 11/11/2021 | 3032 | Southern Title Insurance Corp, in Receivership | Final Distribution Claim #4 | 7100-000 | | $799,911.09 | $1,335,898.77 |
| 11/11/2021 | 3033 | Chicago Title Insurance Company | Final Distribution Claim #7 | 7100-000 | | $29,223.44 | $1,306,675.33 |
| 11/11/2021 | 3034 | Fidelity National Title Insurance Company | Final Distribution; claim #9 | 7100-000 | | $927,767.31 | $378,908.02 |
| 11/11/2021 | 3035 | Fidelity National Title Insurance Company | Final Distribution Claim #11 | 7100-000 | | $32,322.89 | $346,585.13 |
| 11/11/2021 | 3036 | Chicago Title Insurance Corp.  c/oRodolfo Rivera | Final Distribution Claim #12 | 7100-000 | | $29,223.44 | $317,361.69 |
| 11/11/2021 | 3037 | Fidelity National Title Insurance Company c/oRodolfo Rivera | Final Distribution Claim #13 | 7100-000 | | $74,654.42 | $242,707.27 |
| 11/11/2021 | 3038 | Fidelity National Title Insurance Company c/o Rodolfo Rivera | Final Distribution Claim #15 | 7100-000 | | $92,021.92 | $150,685.35 |
| 11/11/2021 | 3039 | Fidelity National Title Insurance Company c/o Rodolfo Rivera | Final Distribution Claim #16 | 7100-000 | | $84,614.84 | $66,070.51 |
| 11/11/2021 | 3040 | Fidelity National Title Insurance Company c/o Rodolfo Rivera | Final Distribution claim #17 | 7100-000 | | $66,070.51 | $0.00 |
| 12/09/2021 | 3018 | STOP PAYMENT: American Capital Funding | Final Distribution; Claim #: 5; | 7100-004 | | ($81,669.36) | $81,669.36 |
| 12/09/2021 | 3041 | American Capital | Final Distribution; Claim #5 | 7100-000 | | $81,669.36 | $0.00 |
| | | | | SUBTOTALS | $0.00 | $71,820.10 | |

Page No: 5　　　Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34752-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MOHIUDDIN, SYED RIZWAN | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4394 | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/8/2015 | | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 12/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $6,113,045.20 | $6,113,045.20 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $6,113,045.20 | $6,113,045.20 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $6,113,045.20 | $6,113,045.20 | |

| For the period of 9/8/2015 to 12/15/2021 | | For the entire history of the account between 03/27/2017 to 12/15/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,113,045.20 | Total Compensable Receipts: | $6,113,045.20 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,113,045.20 | Total Comp/Non Comp Receipts: | $6,113,045.20 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,113,045.20 | Total Compensable Disbursements: | $6,113,045.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,113,045.20 | Total Comp/Non Comp Disbursements: | $6,113,045.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-34752-H1-7 | Trustee Name: | Randy W. Williams |
| --- | --- | --- | --- |
| Case Name: | MOHIUDDIN, SYED RIZWAN | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4394 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/8/2015 | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 12/15/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $6,113,045.20 | $6,113,045.20 | $0.00 |

**For the period of 9/8/2015 to 12/15/2021**

| | |
| --- | --- |
| Total Compensable Receipts: | $6,113,045.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,113,045.20 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,113,045.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,113,045.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/08/2015 to 12/15/2021**

| | |
| --- | --- |
| Total Compensable Receipts: | $6,113,045.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,113,045.20 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,113,045.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,113,045.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS